IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAMBRIA MITCHELL, individually and**
**as parent and next friend of R.M., a minor**                                    **PLAINTIFF**

v.                              Case No. 4:19-cv-00659 KGB

**ARKANSAS DEPARTMENT OF HUMAN**
**SERVICES and CINDY GILLESPIE**                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 5). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 31st day of January, 2020.

_____
Kristine G. Baker
United States District Judge